NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED STATES,**
*Plaintiff-Appellee,*

**v.**

**MILLENIUM DISTRIBUTION LUMBER CO. LTD.,**
*Defendant-Appellant,*

AND

**XL SPECIALTY INSURANCE COMPANY,**
*Defendant-Appellant.*

---

2013-1203

---

Appeal from the United States Court of International Trade in No. 06-CV-0129, Judge Delissa A. Ridgway.

---

**JUDGMENT**

---

AIMEE LEE, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of New York, New York, argued for plaintiff-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, and JEANNE E. DAVIDSON, Director, of Washington, DC; AMY M. RUBIN, Acting Assistant Director,

International Trade Field Office, of New York, New York; and CHRISTOPHER SHAW, Office of Assistant Chief Counsel, United States Customs and Border, of Indianapolis, Indiana.

JOEL R. JUNKER, Joel R. Junker & Associates, of Seattle, Washington, argued for defendant-appellant Millenium Distribution Lumber Co. Ltd.

ARTHUR K. PURCELL, Sandler, Travis & Rosenberg, P.A., of New York, New York, argued for defendant-appellant ,Xl Specialty Insurance Company. With him on the brief was T. RANDOLPH FERGUSON, of San Francisco, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  April 14, 2014                     /s/ Daniel E. O'Toole
       Date                          Daniel E. O'Toole
                                     Clerk of Court